In the Matter of GEORGE BLONDHEIM, Appellant, against S. HOWARD COHEN et al., as Commissioners of the Board of Elections of the City of New York, Respondents.

(Argued September 28, 1936; decided October 13, 1936.)

*Reginald Field, Frank Harvey Field* and *Leon P. Calafiura* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein, Patrick H. Clune* and *John F. X. McGohey* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.